UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>AURELIO RAMIREZ-MADERA,<br><br>  Movant. | No.  2:10-cr-0334 MCE CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

Movant is currently serving a sentence of 63 months imprisonment after pleading guilty in this court to the offense "deported alien found in the United States."  On May 29, 2014, movant filed a motion under 28 U.S.C. § 2255 to "vacate, set aside or correct" his sentence in which he asks that he be made a United States citizen and then be given a "correction of sentence."  The United District Court is not the proper place to apply for United States citizenship.  Accordingly, the court will recommend that movant's § 2255 motion be denied.  If movant seeks information as to how to become a United States citizen, he should contact U.S. Citizenship and Immigration Services at the Department of Homeland Security.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Movant's May 29, 2014 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be denied; and

2. The Clerk of the Court be directed to close the companion civil case No. 2:14-cv-1321 MCE CKD P.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, movant may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." In his objections movant may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case. See Rule 11, Federal Rules Governing Section 2255 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant). Movant is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rami0334.257